JILL AXELROD, an Infant, by Her Mother and Natural Guardian, SYDELLE AXELROD, et al., Appellants, v. THOMAS ARMITSTEAD et al., Respondents.—

594

Concur— Capozzoli, McGivern and Nunez, JJ.; Stevens, P. J., and Macken, J., dissent and vote to affirm on the basis that there exists an issue of fact as to defendant's negligence.